[No. 7380–0–I. Division One. February 25, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–1–00561–1, Daniel T. Kershner,
J., entered February 9, 1979. *Affirmed* by unpublished
opinion per Andersen, J., concurred in by Swanson and
Williams, JJ.

[No. 3461–II. Division Two. February 26, 1980.]

*In the Matter of the Welfare of*
SHANNON ANN CROOKER.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 5266, James I. Roper, J., entered March 10,
1978. *Reversed* and *remanded* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3693–6–III. Division Three. February 28, 1980.]

RESIDENTS AGAINST GARBAGE ENCROACHMENT, INC.,
*Appellant,* v. THE CITY OF SPOKANE,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 248534, Philip J. Thompson, J.,
entered November 15, 1979. *Affirmed* by unpublished opin-
ion per Roe, J., concurred in by Green, C.J., and McInturff,
J.